IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EUGENE EDMONDS,

    Petitioner,                    No. CIV S-08-0281 LEW KJM P

    vs.

C.A. TERHUNE,

    Respondent.                  <u>FINDINGS AND RECOMMENDATIONS</u>

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In CIV-S-00-1689 DFL PAN P, petitioner challenged the same conviction at issue in this case. Before petitioner can proceed with the habeas petition currently before the court, he must move in the United States Court of Appeals for the Ninth Circuit for an order authorizing this court to consider his successive petition. 28 U.S.C. § 2244(b)(3). Therefore, petitioner's current habeas petition must be dismissed without prejudice to its refiling upon obtaining authorization from the United States Court of Appeals for the Ninth Circuit.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

/////

1

1         These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: April 25, 2008.

_____
U.S. MAGISTRATE JUDGE

1/mp
edmo0281.suc