IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EUGENE EDMONDS,

    Petitioner,                    No. CIV S-08-0281 JAM KJM P

    vs.

C.A. TERHUNE,

    Respondent.                 ORDER

_____/

    Petitioner has requested an extension of time to file objections to the court's April 28, 2008 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's request for an extension of time (docket no. 7) is granted; and

    2. Petitioner shall file and serve objections to the April 28, 2008 findings and recommendations on or before June 5, 2008.

DATED: May 20, 2008.

_____
U.S. MAGISTRATE JUDGE

/mp
edmo0281.111